**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

AHRENS, et al                              *

    Plaintiffs                              *    Case No.:  1:93-cv-03072

v.                                         *

AC&S, INC., et al                          *

    Defendants                              *

       *    *    *    *    *    *    *    *    *    *    *

**ORDER WITHDRAWING THE APPEARANCE ON BEHALF OF IN THE
UNITED STATES DISTRICT COURT
<u>FOR THE DISTRICT OF MARYLAND</u>**

      1.      Whiteford, Taylor & Preston, L.L.P. (Whiteford, Taylor & Preston), and

its respective attorneys, and Louis G. Close, Jr., have recited adequate reasons to strike

their appearance, and complied with Local Rule 101 in moving to strike their appearance;

and,

      2.      Whiteford, Taylor & Preston and Louis G. Close, Jr., has given adequate

notice of its motion, including to the defendant ACandS, Inc.

      THEREFORE, it is hereby ordered this ___ day of _____, 2006, that the

motion is granted and the appearances of B. Ford Davis, Gardner M. Duvall, Whiteford,

Taylor & Preston L.L.P. any Louis G. Close, Jr., are hereby stricken.

                                           _____

                                           District Judge